# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KUDU CO., LTD., KUDU REALTY CO., LTD., MARK REINECKE, and MR ASSETS CORPORATION CO., LTD. | § § § § | |
| V. | § § | CASE NO. 4:10CV680<br>Judge Schneider/Judge Mazzant |
| MICHAEL FRANCIS LATIMER and HORIZON SIAM CO., L.T.D. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 22, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Special Appearance of Respondent Michael Francis Latimer and, Subject Thereto, Motion to Dismiss Pursuant to FRCP 12(b)(5) (Dkt. #8) should be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that the Special Appearance of Respondent Michael Francis Latimer and, Subject Thereto, Motion to Dismiss Pursuant to FRCP 12(b)(5) (Dkt. #8) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this 16th day of March, 2011.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE