# United States District Court

## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| KUDU CO., LTD., KUDU REALTY CO., LTD., MARK REINECKE, and MR ASSETS CORPORATION CO., LTD. | § § § § | |
| V. | § § | CASE NO. 4:10CV680 Judge Schneider/Judge Mazzant |
| MICHAEL FRANCIS LATIMER and HORIZON SIAM CO., L.T.D. | § § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On August 1, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Special Appearance of Respondent Michael Francis Latimer and, Subject Thereto, First Amended Motion to Dismiss Pursuant to FRCP 12(b)(2) (Dkt. #14) should be granted.

The Court, having made a *de novo* review of the objections raised by Petitioners, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit.  Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that the Special Appearance of Respondent Michael Francis Latimer and, Subject Thereto, First Amended Motion to Dismiss Pursuant to FRCP 12(b)(2)(Dkt.

#14) is **GRANTED** and the case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

**SIGNED this 24th day of August, 2011.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE